IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL |
| v. | : | |
| EDWARD STINSON, et al. | : | NO. 2017-71 - ALL |

**ORDER**

AND NOW, this 8th day of May, 2017, it is ORDERED that the Motions for Continuances (Docs.# 138, 141, 143, 144, 146, 147, 148, 149, 150, 151, 152, 153), are hereby GRANTED. A criminal jury trial in the above captioned matter shall commence on January 9, 2018 at 9:30 a.m.

IT IS SO ORDERED:

Paul S. Diamond /s/

PAUL S. DIAMOND, J.